COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:  Judges Humphreys, O'Brien and Senior Judge Bumgardner


TOMMY RAYMOND HARRIS

                                   MEMORANDUM OPINION[*]

v.      Record No. 0954-15-3                       PER CURIAM
                                          SEPTEMBER 15, 2015

TORQUE ENTERPRISES, L.L.C. AND
  AMERICAN MINING INSURANCE COMPANY


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Dan Bieger; Dan Bieger, PLC, on brief), for appellant.

(Nathaniel D. Moore; Penn, Stuart & Eskridge, on brief), for
appellees.


Tommy Raymond Harris (claimant) appeals a decision of the Workers' Compensation

Commission (the "commission").  Claimant alleges the commission erred in finding the evidence

insufficient to prove he sustained an injury by accident arising out of his employment.  We have

reviewed the record and the commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the commission in its opinion.  See Harris v.

Torque Enterps., L.L.C, VWC File VA02000017540 (June 1, 2015).  We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

in the materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                        Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.